

Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

EAST BATON ROUGE PARISH  C-717069
Filed Apr 01, 2022 10:14 AM        24
Deputy Clerk of Court
FAX Received Mar 22, 2022

March 24, 2022

**VIA 2-DAY U.S. MAIL:**
19th Judicial District Court – East Baton Rouge Parish
**Attn: Clerk of Court**
P.O. Box 1991
Baton Rouge, La 70821-1991

Re:   Chris Gianelloni v William J. Gonzales, et al.
      19th JDC No.: 717069 Section "C-24"

Dear Clerk:

Enclosed herein please find one (1) original copy and one (1) copy of a *Petition for Damages*, which was previously fax filed on March 22, 2022. I have also enclosed my firm's check in the amount of $712.00 to cover the cost of filing same into the above referenced matter.

I also ask that you return one (1) clocked-in copy to my office in the enclosed, self-addressed, pre-stamped envelope.

Thanking you in advance for your cooperation in this matter.

With kind regards, I remain

Very truly yours,

*Jake Weinstock*

**JAKE WEINSTOCK**
**ELECTRONICALLY SIGNED**

JJW/eyr

1515 Poydras Street Suite 1825 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court



EAST BATON ROUGE PARISH
Filed Apr 01, 2022 10:14 AM
Deputy Clerk of Court
FAX Received Mar 22, 2022

C-717069
24

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: Chris Gianelloni vs. William J. Gonzalez, et al.

Court: 19th JDC    Docket Number: 717069

Parish of Filing: EBR    Filing Date: 3/22/22

Name of Lead Petitioner's Attorney: Jake Weinstock

Name of Self-Represented Litigant: ___

Number of named petitioners: 1    Number of named defendants: 3

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

✓ Auto: Personal Injury          ✓ Auto: Property Damage
__ Auto: Wrongful Death          __ Auto: Uninsured Motorist
__ Asbestos: Property Damage     __ Asbestos: Personal Injury/Death
__ Product Liability             __ Premise Liability
__ Intentional Bodily Injury     __ Intentional Property Damage
__ Intentional Wrongful Death    __ Unfair Business Practice
__ Business Tort                 __ Fraud
__ Defamation                    __ Professional Negligence
__ Environmental Tort            __ Medical Malpractice
__ Intellectual Property         __ Toxic Tort
__ Legal Malpractice             __ Other Tort (describe below)
__ Other Professional Malpractice __ Redhibition
__ Maritime                      __ Class action (nature of case)
__ Wrongful Death
__ General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:
Plaintiff was stopped due to stopped traffic and defendant failed to stop and rear-ended Plaintiff.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:
Name: Elena Ramirez    Signature: [signature]
Address: 1515 Poydras St., Ste. 1825 New Orleans, LA 70112
Phone number: (504) 588-9500    E-mail address: elena@cosselaw.com

CERTIFIED TRUE AND CORRECT COPY
JUN 24 2022
[signature]
East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH  C-717069
Filed Apr 01, 2022 10:14 AM        24
Deputy Clerk of Court
FAX Received Mar 22, 2022

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022

East Baton Rouge Parish
Deputy Clerk of Court

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.    :    DIVISION " "

CHRIS GIANELLONI

VERSUS

WILLIAM J. GONZALES, GLOBAL PLUG, LLC,
and CONTINENTAL DIVIDE INSURANCE COMPANY

FILED _____    DEPUTY CLERK _____

## PETITION FOR DAMAGES

**Chris Gianelloni**, (hereinafter referred to as "**Petitioner**"), a person of the full age of majority and a domiciliary of the Parish of Ascension, State of Louisiana, respectfully avers that:

I.

Made Defendants herein are:

A) **WILLIAM J. GONZALEZ** (hereinafter referred to as "Defendant") a person of the full age of majority and a resident of the County of Osceola, State of Florida;

B) **GLOBAL PLUG, LLC** (hereinafter referred to as "Global Plug"), upon information and belief to be a foreign limited liability company, who at all pertinent times mentioned herein employed Defendant;

C) **CONTINENTAL DIVIDE INSURANCE COMPANY** (hereinafter referred to as "Continental Divide") a foreign insurance company authorized to do and doing business in the State of Louisiana who at all relevant times herein provided a policy of liability insurance to Global Plug and Defendant;

II.

Petitioner avers that venue is proper in East Baton Rouge Parish pursuant to Louisiana Code of Civil Procedure Article 42(7) because an action for the recovery of damages against a foreign or alien insurer shall be brought in the parish of East Baton Rouge, and at all relevant times mentioned herein, Continental Divide was a foreign or alien insurer.

III.

On or about September 14, 2021, Petitioner, **Chris Gianelloni**, was safely operating a 2018 Ford Explorer during inclement weather and traveling southbound, in the middle lane, down

Airline Drive, as he started to come to a stop due to traffic slowing down, in the Parish of Jefferson, State of Louisiana. At the same time, Defendant, **William J. Gonzalez**, was operating a 1999 Ford F-450, traveling in the same direction as Petitioner, one vehicle behind. Suddenly and without warning, Defendant was unable to stop his vehicle in a timely manner due to slowing traffic and rear-ended the vehicle between Defendant and Petitioner's vehicle causing that same middle vehicle to rear-end Petitioner's vehicle.

IV.

As a result of the above-described accident, Petitioner suffered severe and debilitating injuries.

V.

Petitioner avers that Defendant is liable for his own negligence under Article 2315 of the Louisiana Civil Code and for things in his care, custody, and control, namely the 1999 Ford F-450, under Article 2317 of the Louisiana Civil Code.

VI.

Petitioner avers that at all material times herein, **Continental Divide**, had in full force and effect a policy of liability insurance insuring the 1999 Ford F-450 driven by the Defendant, and as such, the liability of Defendant is imputed and imputable to **Continental Divide** by virtue of the terms and conditions of said policy.

VII.

Petitioner avers that at the time of the accident, Defendant was acting within the course and scope of his employment with Global Plug, at all relevant times mentioned herein, and therefore Global Plug is jointly and solitarily liable to Plaintiff, pursuant to the doctrine of *respondeat superior*. Plaintiff further avers that Global Plug is vicariously liable for Defendant.

VIII.

Petitioner avers that Global Plug was independently negligent in its hiring and training of Defendant, leading up to and during Defendant's time of employment with Global Plug.

IX.

Petitioner avers that the sole and proximate cause of the injuries and damages sustained by Petitioner was the individual, joint, solidary, concurrent and/or successive negligence of Defendant which negligence includes but is not limited, to wit:

a. failure to maintain a proper look-out;

b. failure to observe Petitioner's vehicle in due time in order to avoid striking same;

c. failure to observe due caution;

d. driving in a careless and reckless manner;

e. failure to maintain control of his vehicle;

g. striking Petitioner's vehicle;

h. failure to exercise reasonable vigilance;

i. failure to follow rules and regulations governing following too closely; and

j. any and all other acts of negligence which may be proven at trial of this matter.

## X.

Petitioner avers that as a result of the accident made subject of this litigation, he sustained the following non-exclusive damages to-wit:

a. Past, present and future pain and suffering;

b. Past, present and future medical expenses;

c. Past, present and future lost wages;

d. Loss earning capacity; and

e. Any and all other damages which may be proven at the trial of this matter.

## XI.

At the trial of this matter, it shall be necessary to call upon expert witnesses to give testimony, and the cost of these experts should be taxed as costs of Court and paid by the Defendants.

## XII.

Petitioner avers amicable demand, to no avail.

**WHEREFORE,** Petitioner, **Chris Gianelloni**, prays that this Petition be filed and that Defendants, **William J. Gonzalez, Global Plug, LLC, and Continental Divide Insurance Company** be duly cited and served with a copy of same, to appear and answer same and after due proceedings had, there be judgment herein in favor of Petitioner, **Chris Gianelloni**, and against Defendants, **William J. Gonzalez, Global Plug, LLC, and Continental Divide Insurance Company,** jointly, severally or *in solido* in an amount reasonably calculated to compensate Petitioner for his damages, together with legal interest thereon, from date of judicial demand until

paid, all costs of the proceedings, and all general and equitable relief.

                                      Respectfully submitted,
                                      COSSÉ LAW FIRM, LLC

                                      */s/ Jake Weinstock*
                                      JAKE J. WEINSTOCK #37352
                                      IRVY E. COSSÉ, III #23694
                                      1515 Poydras Street, Suite 1825
                                      New Orleans, Louisiana 70112
                                      Telephone: (504) 588-9500
                                      Facsimile: (504) 588-2114
                                      *Attorneys for Plaintiff, Chris Gianelloni*

**PLEASE SERVE VIA LOUISIANA LONG-ARM STATUTE:**

**William J. Gonzalez**
1807 Farris Drive
Saint Cloud, FL 34771

**Global Plug, LLC**
Through its registered agent:
**Raymond Valerio, Jr.**
3857 Benson Park Boulevard
Orlando, FL 32829

**Continental Divide Insurance Company**
Through its registered agent:
**c/o Florida Chief Financial Officer as RA**
200 East Gaines Street
Tallahassee, FL 32399-4201

# COSSÉ LAW FIRM
## LLC

Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

```
EAST BATON ROUGE PARISH   C-717069
Filed May 05, 2022 10:08 AM    24
Deputy Clerk of Court
FAX Received Apr 20, 2022
```

April 25, 2022

**VIA U.S. MAIL:**
19th Judicial District Court – East Baton Rouge Parish
**Attn: Clerk of Court**
P.O. Box 1991
Baton Rouge, LA 70821-1991

    Re:    *Chris Gianelloni v William J. Gonzalez, et al.*
             *19th JDC No.: C-717069; Division "24"*

Dear Clerk:

    Enclosed herein please find one (1) original and one (1) copy of a *Notice of Change of Address* which was previously fax filed on April 21, 2022. I have also enclosed my firm's check in the amount of $50.00 to cover the cost of filing same into the above referenced matter.

    I ask that you please return one (1) clocked-in copy to my office in the enclosed, self-addressed, pre-stamped envelope.

    Thanking you in advance for your cooperation in this matter.

    With kind regards, I remain

                                Very truly yours,

                                *Jake Weinstock*

                                **JAKE WEINSTOCK**
                                ELECTRONICALLY SIGNED

JJW/eyr

1515 Poydras Street Suite 900 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH   C-717069
Filed May 05, 2022 10:08 AM      24
Deputy Clerk of Court
FAX Received Apr 20, 2022

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-717069                                                                DIVISION 24

CHRIS GIANELLONI

VERSUS

WILLIAM J. GONZALES, GLOBAL PLUG, LLC,
& CONTINENTAL DIVIDE INSURANCE COMPANY

FILED: _____          _____
                                                            DEPUTY CLERK

**NOTICE OF CHANGE OF ADDRESS**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Chris Gianelloni, who hereby serves notice that counsel for this plaintiff in this proceeding, Cosse Law Firm, LLC have changed their office address from:

        COSSE LAW FIRM, L.L.C.
        1515 Poydras Street, Suite 1825
        New Orleans, LA 70112
        Telephone: (504) 588-9500
        Facsimile: (504) 588-2114

to the following:

        COSSE LAW FIRM, L.L.C.
        1515 Poydras Street, Suite 900
        New Orleans, LA 70112
        Telephone: (504) 588-9500
        Facsimile: (504) 588-2114

Respectfully submitted,

*/s/ Jake Weinstock*
Jake J. Weinstock, Bar No. 37352
Irvy E. Cosse, Bar No. 23694
Cosse Law Firm, LLC
1515 Poydras St., Suite 900
New Orleans, LA 70112
Telephone: (504) 588-9500
Facsimile: (504) 588-2114
jweinstock@cosselaw.com
chip@cosselaw.com
Attorneys for Plaintiff

CERTIFIED TRUE AND CORRECT COPY
JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, by electronic mail, or facsimile this __20__ day of April, 2022.

                                                            _/s/ Jake Weinstock_____
                                                            Jake J. Weinstock



# COSSÉ LAW FIRM
## LLC

Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

EAST BATON ROUGE PARISH
Filed Jun 21, 2022 4:05 PM
Deputy Clerk of Court
FAX Received Jun 08, 2022
C-717069
24

June 13, 2022

**VIA U.S. MAIL:**
19th Judicial District Court – East Baton Rouge Parish
**Attn: Clerk of Court**
P.O. Box 1991
Baton Rouge, LA 70821-1991

  Re: *Chris Gianelloni v William J. Gonzalez, et al.*
    *19th JDC No.: C-717069; Division "24"*

Dear Clerk:

  Enclosed herein please find one (1) original and one (1) copy of an *Affidavit Re: Return of Long Arm Service (Global Plug, LLC)* which was previously fax filed on June 9, 2022. I have also enclosed my firm's check in the amount of $60.00 to cover the cost of filing same into the above referenced matter.

  I ask that you please return one (1) clocked-in copy to my office in the enclosed, self-addressed, pre-stamped envelope.

  Thanking you in advance for your cooperation in this matter.

  With kind regards, I remain

           Very truly yours,

           *Jake Weinstock*

           **JAKE WEINSTOCK**
           ELECTRONICALLY SIGNED

JJW/eyr

1515 Poydras Street Suite 900 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND CORRECT COPY
JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH   C-717069
Filed Jun 21, 2022 4:05 PM        24
Deputy Clerk of Court
FAX Received Jun 08, 2022

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO. C-717069                                                                                     DIVISION: "24"

### CHRIS GIANELLONI

### VERSUS

### WILLIAM J. GONZALEZ, GLOBAL PLUG, LLC, & CONTINENTAL DIVIDE INSURANCE COMPANY

FILED: _____            _____
                                                                         DEPUTY CLERK

---

### AFFIDAVIT RE: RETURN OF LONG ARM SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### JENNA GAUTHREAUX

Who, being duly sworn, did depose and state that:

She is the legal assistant and receptionist for Irvy "Chip" Cossé, III, and Jake J. Weinstock, attorneys in the matter entitled *Chris Gianelloni v William J. Gonzalez, et al.* No. C-717069, Section "24," on the docket of 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and that she properly addressed and mailed service of process, with proper postage affixed, to the defendant, Global Plug, LLC, through its registered agent for service of process, Raymond Valerio Jr., at his last known address, depositing the same on April 13, 2022, certification number 7021 0350 0000 2650 6788 (See attached Exhibit "A") and she did receive via return mail the attached return receipt of certified mail (see attached Exhibit "B") which was marked "Return to Sender, Unclaimed, Unable to Forward." The certified mailing addressed to the above enumerated defendant contained the original Petition for Damages in this matter. The aforementioned pleadings were delivered and received, all in satisfaction of LSA-R.S. 13:3204, the Louisiana Long Arm Statute.

_____
JENNA GAUTHREAUX

Sworn to and subscribed before me,
This ___ day of June 2022

_____
JAKE J. WEINSTOCK, NOTARY PUBLIC
Louisiana Bar #37352 -- My Commission expires at death.

Jake J. Weinstock
Notary Public
Bar No. 37352
Parish of Jefferson, State of Louisiana
My commission is issued for life.

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022

_____
East Baton Rouge Parish
Deputy Clerk of Court



Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

EAST BATON ROUGE PARISH  C-717069
Filed Jun 21, 2022 4:05 PM         24
Deputy Clerk of Court
FAX Received Jun 08, 2022

April 13, 2022

<u>SENT VIA CERTIFIED MAIL: #7021 0350 0000 2650 6788</u>
Global Plug, LLC
**Through its registered agent:**
Raymond Valerio, Jr.
3857 Benson Park Boulevard
Orlando, FL 32829

      RE:   *Chris Gianelloni v Continental Divide Insurance Company, et al.*
             19th **Judicial District Court – East Baton Rouge Parish**
             **Docket No. C-717069; Section "24"**

To whom it may concern:

    Please be advised that you have been served pursuant to LS RS 13: 3204. Please file responsive pleadings within 30 days as required by law.

Sincerely,

*Jake Weinstock*

**Jake J. Weinstock**
Electronically signed

JJW/eyr

**EXHIBIT A**

1515 Poydras Street Suite 1825 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global Plug, LLC
Through its registered agent
Raymond Valerio Jr.
3857 Benson Park Blvd.
Orlando, FL 32829

9590 9402 7320 2028 0482 53

2. Article Number (Transfer from service label)

7021 0350 0000 2650 6788

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

COSSÉ LAW FIRM
LLC
1515 Poydras Street, Suite 900
New Orleans, LA 70112

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0350 0000 2650 6788

B43

$4.

US POST
FIRST-CL
062S000956
FROM 7

ND

04-25

Global Plug,
Raymond Va
3857 Benson
Orlando, FL

NIXIE 339 DE 1 0005/20/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 70112450525 *0165-03518-14-43

EXHIBIT
B

# COSSÉ LAW FIRM
## LLC

Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

EAST BATON ROUGE PARISH   C-717069
Filed Jun 21, 2022 4:13 PM           24
Deputy Clerk of Court
FAX Received Jun 08, 2022

June 13, 2022

**VIA U.S. MAIL:**
19th Judicial District Court – East Baton Rouge Parish
**Attn: Clerk of Court**
P.O. Box 1991
Baton Rouge, LA 70821-1991

      Re:    *Chris Gianelloni v William J. Gonzalez, et al.*
             *19th JDC No.: C-717069; Division "24".*

Dear Clerk:

    Enclosed herein please find one (1) original and one (1) copy of an *Affidavit Re: Return of Long Arm Service (William J. Gonzalez)* which was previously fax filed on June 8, 2022. I have also enclosed my firm's check in the amount of $50.00 to cover the cost of filing same into the above referenced matter.

    I ask that you please return one (1) clocked-in copy to my office in the enclosed, self-addressed, pre-stamped envelope.

    Thanking you in advance for your cooperation in this matter.

    With kind regards, I remain

                              Very truly yours,

                              *Jake Weinstock*

                              **JAKE WEINSTOCK**
                              ELECTRONICALLY SIGNED

JJW/eyr

1515 Poydras Street Suite 900 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022
East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH
Filed Jun 21, 2022 4:13 PM
Deputy Clerk of Court
FAX Received Jun 08, 2022

C-717069
24

**19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. C-717069                                                                 DIVISION: "24"

**CHRIS GIANELLONI**

**VERSUS**

**WILLIAM J. GONZALEZ, GLOBAL PLUG, LLC,
& CONTINENTAL DIVIDE INSURANCE COMPANY**

FILED: _____          _____
                                                                            DEPUTY CLERK

---

**AFFIDAVIT RE: RETURN OF LONG ARM SERVICE**

STATE OF LOUISIANA

PARISH OF ORLEANS

  BEFORE ME, the undersigned authority, personally came and appeared:

**JENNA GAUTHREAUX**

Who, being duly sworn, did depose and state that:

  She is the legal assistant and receptionist for Irvy "Chip" Cossé, III, and Jake J. Weinstock, attorneys in the matter entitled *Chris Gianelloni v William J. Gonzalez, et al.* No. C-717069, Section "24," on the docket of 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and that she properly addressed and mailed service of process, with proper postage affixed, to the defendant, William J. Gonzalez, via personal or domiciliary service, at his last known address, depositing the same on April 13, 2022, certification number 7021 0350 0000 2650 6580 (See attached Exhibit "A") and she did receive via return mail the attached return receipt of certified mail (see attached Exhibit "B") which did not include a signature confirmation. The certified mailing addressed to the above enumerated defendant contained the original Petition for Damages in this matter. The aforementioned pleadings were delivered and received, all in satisfaction of LSA-R.S. 13:3204, the Louisiana Long Arm Statute.

_____
JENNA GAUTHREAUX

Sworn to and subscribed before me,
This  8  day of June 2022

_____
JAKE J. WEINSTOCK, NOTARY PUBLIC
Louisiana Bar #37352 -- My Commission expires at death.

Jake J. Weinstock
Notary Public
Bar No. 37352
Parish of Jefferson, State of Louisiana
My commission is issued for life.

CERTIFIED TRUE AND
CORRECT COPY

JUN 2 4 2022

_____
East Baton Rouge Parish
Deputy Clerk of Court



Irvy E. "Chip" Cossé, III • Alexander K. Dimitry
• Jake J. Weinstock • Katelyn N. Donnelly
• Lance L. Engolia • Of Counsel: Vincent P. Scallan

EAST BATON ROUGE PARISH  C-717069
Filed Jun 21, 2022 4:13 PM       24
Deputy Clerk of Court
FAX Received Jun 08, 2022

April 13, 2022

<u>SENT VIA CERTIFIED MAIL:</u> #7021 0350 0000 2650 6580
William J. Gonzalez
1807 Farris Drive
Saint Cloud, FL 34771

RE:   *Chris Gianelloni v Continental Divide Insurance Company, et al.*
      19th Judicial District Court – East Baton Rouge Parish
      Docket No. C-717069; Section "24"

To whom it may concern:

Please be advised that you have been served pursuant to LS RS 13: 3204. Please file responsive pleadings within 30 days as required by law.

Very Truly Yours,

*Jake Weinstock*

**Jake J. Weinstock**
Electronically signed

JJW/eyr

EXHIBIT A

1515 Poydras Street Suite 1825 New Orleans, LA 70112
Phone: (504) 588-9500 Fax: (504) 588-2114
Website: www.cosselawfirm.com
Email: jweinstock@cosselaw.com

CERTIFIED TRUE AND
CORRECT COPY

JUN 24 2022

East Baton Rouge Parish
Deputy Clerk of Court

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William J. Gonzalez
1807 Farris Drive
Saint Cloud, FL 34771

9590 9402 7320 2028 0482 60

2. Article Number (Transfer from service label)

1 0350 0000 2650 6580

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



EXHIBIT B